PROB 35

**ORDER TERMINATING PROBATION PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**

**vs.**

**NICOLE PUGH**

**Docket Number: 1:05CR00434-01**

On July 31, 2006, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Julie R. Martin

**JULIE R. MARTIN**
**United States Probation Officer**

Dated: November 5, 2008
Bakersfield, California
JRM:dk

**REVIEWED BY:** **/s/ Thomas A. Burgess**
**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

**Re: NICOLE PUGH**
**Docket Number: 1:05CR00434-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated: November 6, 2008** **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE